| | |
|---|---|
| PHILLIP SOLIMAN | UNITED STATES DISTRICT COURT |
| Plaintiff(s), | DISTRICT OF NEW JERSEY |
| -vs- | Hon. Kevin McNulty |
| | Civil Action No. 10-5256 |
| NORFOLK SOUTHERN CORPORATION, et al | **DISMISSAL ORDER** |
| Defendant(s). | |

It having been reported to the Court that the above-captioned matter has been settled,

**IT IS** on this 14th day of November, 2013

**ORDERED THAT** this matter be and hereby is dismissed without costs and with prejudice, subject to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

/s/ Kevin McNulty
**HON. KEVIN MCNULTY**
United States District Judge

Orig.: Clerk of the Court
cc:   Hon. Michael A. Hammer, U.S.M.J.
      All Parties
      File